**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2242**

SAMUEL LITVIN MICHAELS,

        Plaintiff - Appellant,

    v.

NANCY A. BERRYHILL,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:15-cv-00388-RJC-DSC)

Submitted: August 29, 2017               Decided: September 21, 2017

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert A. Whitlow, Christian R. Ayers, SELLERS, AYERS, DORTCH & LYONS, P.A., Charlotte, North Carolina, for Appellant. Jill Westmoreland Rose, United States Attorney, Charlotte, North Carolina, Gill Beck, Assistant United States Attorney, Asheville, North Carolina, David Mervis, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Litvin Michaels appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner of Social Security's denial of disability insurance benefits and supplemental security income. We have reviewed the parties' briefs, the joint appendix, and the administrative record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Michaels v. Berryhill*, No. 3:15-cv-00388-RJC-DSC (W.D.N.C. filed Sept. 26, 2016 and entered Sept. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*